**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alan M Bartlett,<br><br>        Petitioner,<br><br>v.<br><br>Paul Penzone, et al.,<br><br>        Respondents. | No. CV-19-02467-PHX-SRB (ESW)<br><br>**ORDER** |

The Court has reviewed Petitioner's "Renewed Motion to Compel Disclosure of Relevant Discovery" (Doc. 21) and "Motion to Produce Relevant Evidence in Support of Petition for Writ of Habeas Corpus" (Doc. 22). As explained in the Court's August 8, 2019 Order (Doc. 20), a habeas petitioner "does not enjoy the presumptive entitlement to discovery of a traditional civil litigant." *Rich v. Calderon*, 187 F.3d 1064, 1068 (9th Cir. 1999); *Bracy v. Gramley*, 520 U.S. 899, 904 (1997) (stating that unlike other civil litigants, a habeas corpus petitioner is not entitled to broad discovery). The Court does not find good cause to allow Petitioner to conduct discovery. Accordingly,

**IT IS ORDERED** denying Petitioner's "Renewed Motion to Compel Disclosure of Relevant Discovery" (Doc. 21).

**IT IS FURTHER ORDERED** denying Petitioner's "Motion to Produce Relevant Evidence in Support of Petition for Writ of Habeas Corpus" (Doc. 22).

Dated this 24th day of September, 2019.

                                                            */s/ Eileen S. Willett*
                                                            Eileen S. Willett
                                                United States Magistrate Judge